Neil A. Smith (SBN 63777)
RIMON P.C.
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Phone: (415) 377-9280
Facsimile: (800) 930-7271
Email: neil.smith@rimonlaw.com

Michael A. Freeman
*Pro Hac Vice*
GREENBERG FREEMAN LLP
110 East 59th Street, 22nd Floor
New York, NY  10022
Telephone:  (212) 838-3121
Fax:  (212) 838-5032
Email: freeman@greenbergfreeman.com

Attorneys for Plaintiff  SPY PHONE LABS LLC


MICHAEL H. PAGE (SBN 154913)
JOSEPH C. GRATZ (SBN 240676)
DURIE TANGRI LLP
217 LEIDESDORFF STREET SAN FRANCISCO, CA 94111
TELEPHONE: 415-362-6666
FACSIMILE: 415-236-6300
MPAGE@DURIETANGRI.COM
JGRATZ@DURIETANGRI.COM

ATTORNEYS FOR DEFENDANT GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPY PHONE LABS LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>GOOGLE INC. and ANDREI CIUCA,<br><br>                    Defendants. | Case No. 5:15-cv-03756-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE, HEARING, AND CASE MANAGEMENT CONFERENCE**<br><br>Ctrm:<br>Judge:   Honorable Kandis A. Westmore |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

In order to accommodate schedules of counsel and client representatives for both parties, and to assure sufficient time to address the issues raised by the Second Amended Complaint, Plaintiff Spy Phone Labs LLC ("Plaintiff") and Defendant Google Inc. ("Google"), by and through their respective counsel of record hereby jointly stipulate to and request following briefing schedule for the Motion to Dismiss Plaintiff's Second Amended Complaint:

| Event | Proposed Deadline |
|---|---|
| Motion to Dismiss Plaintiff's Second Amended Complaint | Submitted on May 25, 2016 |
| Opposition to Motion to Dismiss | July 15, 2016 |
| Reply to Motion to Dismiss | August 7, 2016 |
| Hearing on Motion to Dismiss and Case Management Conference | After Sept. 15, 2016, As the Court may direct. |

Dated:  June 28, 2016                                DURIE TANGRI LLP

By:  _____/s/_____
MICHAEL H. PAGE

Attorneys for Defendant
GOOGLE INC.

Dated:  June 28, 2016                                RIMON P.C.

By:  _____/s/_____
NEIL A. SMITH

Attorneys for Plaintiff
SPY PHONE LABS LLC

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Neil A. Smith , attest that concurrence in the filing of this document has been obtained.

Dated:  June 28, 2016                                _____/s/_____
NEIL A.SMITH

2

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing therefore, the parties' proposed briefing schedule is approved.  The Court will hold a hearing on the motion to dismiss on October 6, 2016.  A case management conference will be held on October 25, 2016.

**IT IS SO ORDERED.**

Dated: 06/28/16

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE