DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPY PHONE LABS LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>GOOGLE INC. and ANDREI CIUCA,<br><br>                    Defendants. | Case No. 4:15-cv-03756-KAW<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER SETTING PLEADING SCHEDULE AND CASE MANAGEMENT CONFERENCE**<br><br>Ctrm:<br>Judge:   Honorable Kandis A. Westmore |

Pursuant to Local Rule 6-1, Plaintiff Spy Phone Labs LLC ("Spy Phone") and Defendant Google Inc. ("Google"), by and through their respective counsel of record, hereby jointly stipulate to and request the following pleading schedule for Google to answer and state counterclaims to the Second Amended Complaint and Spy Phone to respond to Google's counterclaims:

| Event | Due Date |
| --- | --- |
| Google's Answer and Counterclaims to Second Amended Complaint | November 16, 2016 |
| Spy Phone's Response to Counterclaims | December 16, 2016 |

Additionally, the Case Management Schedule, currently set for October 25, 2016, is rescheduled for 1:30 p.m. November 29, 2016, with a supplemental joint case management statement due not later than November 22, 2016.

IT IS SO STIPULATED.

Dated:  October 19, 2016          DURIE TANGRI LLP

                                  By: _____*/s/ Michael H. Page*_____
                                         MICHAEL H. PAGE

                                  Attorneys for Defendant
                                  GOOGLE INC.

Dated:  October 19, 2016          GREENBERG FREEMAN LLP
                                  RIMON P.C.

                                  By: _____*/s/ Neil A. Smith*_____
                                         NEIL A. SMITH

                                  Attorneys for Plaintiff
                                  SPY PHONE LABS LLC

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael H. Page, attest that concurrence in the filing of this document has been obtained.

Dated:  October 19, 2016          _____*/s/ Michael H. Page*_____
                                         MICHAEL H. PAGE

**[~~PROPOSED~~] ORDER**

SO ORDERED.

Dated: 10/18/16

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE