```
 1  DURIE TANGRI LLP
    MICHAEL H. PAGE (SBN 154913)
 2  mpage@durietangri.com
    JOSEPH C. GRATZ (SBN 240676)
 3  jgratz@durietangri.com
    217 Leidesdorff Street
 4  San Francisco, CA  94111
    Telephone:    415-362-6666
 5  Facsimile:    415-236-6300

 6  Attorneys for Defendant and Counterclaimant
    GOOGLE INC.
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPY PHONE LABS LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC. ANDREI CIUCA, d/b/a CAD DESIGN, and JOHN DOES 1-49,<br><br>　　　　　　　　Defendants. | Case No. 4:15-cv-03756-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS**<br><br>Judge:   Honorable Kandis A. Westmore |
| GOOGLE INC.,<br><br>　　　　　　　　Counterclaimant,<br><br>　v.<br><br>SPY PHONE LABS LLC,<br><br>　　　　　　　　Counter-Defendant. | |

IT IS HEREBY STIPULATED by plaintiff Spy Phone Labs LLC ("Spy Phone") and Defendant Google Inc. ("Google") through their counsel that all claims by Spy Phone against Google and all counterclaims by Google against Spy Phone be and hereby are dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties are to bear their own costs. All claims stated by Spy Phone against Andrei Ciuca and Does 1-49, none of whom have either been served or have appeared, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS SO STIPULATED.
Dated:  May 4, 2017                               DURIE TANGRI LLP

                                        By:      */s/Michael H. Page*
                                                  MICHAEL H. PAGE
                                                  JOSEPH C. GRATZ

                                                  Attorneys for Defendant and Counterclaimant
                                                  GOOGLE INC.

Dated:  May 4, 2017                               GREENBERG FREEMAN LLP
                                                  RIMON P.C.

                                        By:      */s/Neil A. Smith*
                                                  NEIL A. SMITH

                                                  Attorneys for Plaintiff and Counter-Defendant
                                                  SPY PHONE LABS LLC


**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Neil A. Smith, attest that concurrence in the filing of this document has been obtained.
Dated:  May 4, 2017                               */s/ Neil A. Smith*
                                                  NEIL A.SMITH


**[PROPOSED] ORDER**

SO ORDERED.
Dated:  _____             _____
                                                  HONORABLE KANDIS A. WESTMORE

1
STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS
CASE NO. 4:15-CV-03756-KAW

1
UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Neil A. Smith*
NEIL A. SMITH