1  DURIE TANGRI LLP
   MICHAEL H. PAGE (SBN 154913)
2  mpage@durietangri.com
   JOSEPH C. GRATZ (SBN 240676)
3  jgratz@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone: 415-362-6666
5  Facsimile: 415-236-6300

6  Attorneys for Defendant and Counterclaimant
   GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPY PHONE LABS LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC. ANDREI CIUCA, d/b/a CAD DESIGN, and JOHN DOES 1-49,<br><br>　　　　　　Defendants. | Case No. 4:15-cv-03756-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS**<br><br>Judge: Honorable Kandis A. Westmore |
| GOOGLE INC.,<br><br>　　　　　　Counterclaimant,<br><br>　v.<br><br>SPY PHONE LABS LLC,<br><br>　　　　　　Counter-Defendant. | |

IT IS HEREBY STIPULATED by plaintiff Spy Phone Labs LLC ("Spy Phone") and Defendant Google Inc. ("Google") through their counsel that all claims by Spy Phone against Google and all counterclaims by Google against Spy Phone be and hereby are dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties are to bear their own costs. All claims stated by Spy Phone against Andrei Ciuca and Does 1-49, none of whom have either been served or have appeared, are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS SO STIPULATED.
Dated: May 9, 2017                                    DURIE TANGRI LLP

                                                By:            */s/Michael H. Page*
                                                               MICHAEL H. PAGE
                                                               JOSEPH C. GRATZ

                                                Attorneys for Defendant and Counterclaimant
                                                GOOGLE INC.

Dated: May 9, 2017                                    GREENBERG FREEMAN LLP
                                                      RIMON P.C.

                                                By:
                                                                */s/Neil A. Smith*
                                                                NEIL A. SMITH

                                                Attorneys for Plaintiff and Counter-Defendant
                                                SPY PHONE LABS LLC

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Neil A. Smith, attest that concurrence in the filing of this document has been obtained.
Dated: May 9, 2017                                             */s/ Neil A. Smith*
                                                               NEIL A.SMITH

### [~~PROPOSED~~] **ORDER**

SO ORDERED.
Dated: 5/8/17                                         HONORABLE KANDIS A. WESTMORE
                                                      UNITED STATES MAGISTRATE JUDGE

---

1
STIPULATION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS
CASE NO. 4:15-CV-03756-KAW